UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**BETTYE JONES, et al.,**
        **Plaintiffs,**

     v.                                                                    Case No. 12-C-00185

**DAVID G. DEININGER, et al.,**
        **Defendants.**

---

## ORDER

    I**T IS ORDERED** that a Fed. R. Civ. P. 16(b) telephone scheduling conference will be held on **March 23, 2012 at 3:00 p.m.** The court will initiate the call. The participation of the attorney who will be handling the case is required.

    The parties should note Fed. R. Civ. P. 26(f), which requires that they confer with each other before the Rule 16(b) scheduling conference and file a written report of their proposed discovery plan. The first paragraph of the joint Rule 26(f) report should state the date and time given above for the Rule 16(b) scheduling conference. The parties should also note Rule 26(a)(1), which requires (unless they agree otherwise) that they make their initial disclosures to each other within 14 days after their Rule 26(f) conference.

    Dated at Milwaukee, Wisconsin, this 5th day of March, 2012.

                                                                      s/_____
                                                                      LYNN ADELMAN
                                                                      District Judge