# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**BETTYE JONES, et al.,**
        **Plaintiffs,**

    v.                                      Case No. 12-CV-00185

**DAVID G. DEININGER, et al.,**
        **Defendants.**

## ORDER FOLLOWING SCHEDULING CONFERENCE

On March 23, 2012, the court held a scheduling conference for this case in accordance with Fed. R. Civ. P. 16 and Civil L.R. 16(a) (E.D. Wis.). Charles Curtis and John Ulin appeared for the plaintiffs, and Clay Kawski and Charlotte Gibson appeared for the defendants.

**IT IS ORDERED** that:

1. The parties shall have until **April 15, 2012** to join additional parties and amend the pleadings.

2. Plaintiffs shall have until **April 16, 2012** to serve and file their motion for a preliminary injunction pursuant to Section 2 of the Voting Rights Act. Defendants' brief in opposition to that motion shall be served and filed by **April 30, 2012**, and plaintiffs' reply brief shall be served and filed by **May 7, 2012**.

2. The parties shall have until **April 2, 2012** to make all disclosures required by Rule 26(a)(1), but the parties may serve discovery requests prior making their initial disclosures.

3. a. Plaintiff shall disclose any experts to defendant by **April 15, 2012**; defendants shall disclose any experts to plaintiff by **May 15, 2012**.

5. All requests for discovery shall be served by a date sufficiently early so that discovery can be completed no later than **June 1, 2012**.

6. a. Any discovery motions brought pursuant to Rules 26 through 37 of the Federal Rules of Civil Procedure must comply with Civil L.R. 37, by including:

> a written certification by the movant that, after the movant in good faith has conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action, the parties are unable to reach an accord. The statement must recite the date and time of the conference or conferences and the names of all parties participating in the conference or conferences.

b. All discovery motions and non-dispositive pretrial motions must be filed pursuant to Civil L.R. 7(h), unless the court otherwise permits. The motion must not exceed three pages in length. No separate memorandum may be filed with the motion, and any supporting affidavit allowed by Civil L.R. 7(h) must not exceed two pages. An opposing memorandum, which must not exceed three pages in length, may be filed within seven days of service of the motion. The court will notify the parties of the date and time for a hearing on the motion, if the court deems it necessary.

4. a. Any dispositive motions must be served and filed on or before **June 18, 2012**. Briefs in opposition to any dispositive motions must be served and filed on or before **July 9, 2012**. Reply briefs must be served and filed on or before **July 16, 2012**.

b. All summary judgment motions and briefing thereon must comply with Civil L.R. 7 and 56(b).

The foregoing schedule shall not be modified except upon a showing of good cause and by leave of the court.

Dated at Milwaukee, Wisconsin, this 24th day of March, 2012.

s/_____
LYNN ADELMAN
District Judge