# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Jones

**Plaintiff,**

v.

Case No. 12CV185

Deninger

**Defendants**

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding
Time Commenced: 10:10 am
Deputy Clerk: RM

Date: 9/27/12
Concluded: 10:25 am
Court Reporter: —

**APPEARANCES:**

Plaintiff: John Ulin; Jim Eichner; Charles Curtis

Defendant: Clay Kawski; Charlotte Gibson; Maria Lazar; Dan Pennington.

Nature of Conference: Status Conf.     ☒ Telephonic

Notes:

Parties should be prepared for an immediate status conference if the state Supreme court reverses the state court injunctions.