

# STATE OF WISCONSIN
# DEPARTMENT OF JUSTICE

**J.B. VAN HOLLEN**
**ATTORNEY GENERAL**

**Kevin M. St. John**
**Deputy Attorney General**

**Steven P. Means**
**Executive Assistant**

17 W. Main Street
P.O. Box 7857
Madison, WI 53707-7857
www.doj.state.wi.us

Clayton P. Kawski
**Assistant Attorney General**
kawskicp@doj.state.wi.us
608/266-7477
FAX 608/267-2223

October 8, 2012

**VIA ECF**

Hon. Lynn S. Adelman
U.S. District Court Judge
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

    Re:    *Ruthelle Frank, et al. v. Scott Walker, et al.*
            Case No. 11-CV-1128
            *Bettye Jones, et al. v. David G. Deininger, et al.*
            Case No. 12-CV-0185

Dear Judge Adelman:

       We are writing on behalf of all of the parties in the above-referenced cases to inform the Court that there is no longer a need to hold the hearing tentatively set for October 10, 2012. We ask that the Court remove this hearing from its calendar and send notice of the removal to the parties via ECF.

       Nonetheless, the parties will be prepared for an immediate status conference with the Court to discuss the appropriate mechanism for timely adjudication of the pending preliminary injunction motions in the event that the Wisconsin Supreme Court or Wisconsin Court of Appeals stays or reverses the pending state court injunctions before November 6, 2012. *See* Dkt. #113 in *Frank v. Walker* (minutes from September 27, 2012, telephonic status conference); Dkt. #69 in *Jones v. Deininger* (minutes from September 27, 2012, telephonic status conference).

                          Sincerely,

                          /s/ Clayton P. Kawski
                          Clayton P. Kawski
                          *Counsel for Defendants in Frank v. Walker and Jones v. Deininger*

Hon. Lynn S. Adelman
October 8, 2012
Page 2

      /s/ Charles G. Curtis, Jr._____
Charles G. Curtis, Jr.
*Counsel for Plaintiffs in Jones v. Deininger*

      /s/ Laurence J. Dupuis_____
Laurence J. Dupuis
*Counsel for Plaintiffs in Frank v. Walker*

CPK:tbm

kawskicp\cases\frank - voter id, governor walker, gab, dot\correspondence\10-08-12 ltr from counsel to judge adelman regarding 10-10-12 hearing (revised).doc