IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

LEAGUE OF UNITED LATIN AMERICAN
CITIZENS (LULAC) OF WISCONSIN, et al.,

    Plaintiffs,

v.                                   Case No. 12-CV-0185

DAVID G. DEININGER, et al.,

    Defendants.

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants David G. Deininger, Michael Brennan, Gerald C. Nichol, Thomas Barland, Thomas Cane, Kevin J. Kennedy, and Nathaniel E. Robinson (collectively, "Defendants"), by their attorneys, Attorney General J.B. Van Hollen and Assistant Attorneys General Clayton P. Kawski, Maria S. Lazar, and Brian P. Keenan, appeal to the United States Court of Appeals for the Seventh Circuit from the Decision and Order entered by this Court on April 29, 2014, Dkt. #127, and the Judgment entered by this Court on April 29, 2014, Dkt. #128. A true and correct copy of the Decision and Order and the Judgment are being filed with this Notice of Appeal.

The counsel of record for Defendants on appeal will be Assistant Attorney General Clayton P. Kawski. Assistant Attorneys General

Maria S. Lazar and Brian P. Keenan will also be serving as appellate counsel. The appropriate filing fee is being paid concurrent with this Notice of Appeal.

Please note that this case is related to *Ruthelle Frank v. Scott Walker*, Case No. 11-CV-1128 (E.D. Wis.). The defendants in that related case are simultaneously appealing the district court's decision and order and judgment.

Dated this 12th day of May, 2014.

Respectfully submitted,

J.B. VAN HOLLEN
Attorney General

s/Clayton P. Kawski

CLAYTON P. KAWSKI
Assistant Attorney General
State Bar # 1066228

MARIA S. LAZAR
Assistant Attorney General
State Bar # 1017150

BRIAN P. KEENAN
Assistant Attorney General
State Bar # 1056525

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-7477 (Kawski)
(608) 267-3519 (Lazar)
(608) 266-0020 (Keenan)
(608) 267-2223 (fax)
*kawskicp@doj.state.wi.us*
*lazarms@doj.state.wi.us*
*keenanbp@doj.state.wi.us*