# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

March 25, 2015

*Before*

FRANK H. EASTERBROOK, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

| | |
|---|---|
| Nos. 14-2058 | RUTHELLE FRANK, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>SCOTT WALKER, in his official capacity as Governor of State of Wisconsin, et al.,<br>Defendants - Appellants |
| No. 14-2059 | LEAGUE OF UNITED LATIN AMERICAN CITIZENS OF WISCONSIN, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>DAVID G. DEININGER, et al.,<br>Defendants - Appellants |
| **Originating Case Information:** | |
| District Court Nos: 2:11-cv-01128-LA & 2:12-cv-00185-LA<br>Eastern District of Wisconsin<br>District Judge Lynn Adelman | |

The following are before the court:

1.  **EMERGENCY MOTION TO EXTEND THE STAY OF, OR RECALL AND STAY, THE MANDATE THROUGH THE CONCLUSION OF THE APRIL 7, 2015 ELECTIONS**, filed on March 23, 2015, by counsel for the appellees.

2.  **DEFENDANTS-APPELLANTS' RESPONSE TO PLAINTIFFS-APPELLEES' EMERGENCY MOTION TO EXTEND THE STAY OF, OR RECALL AND STAY, THE MANDATE THROUGH THE CONCLUSION OF THE APRIL 7, 2015, ELECTIONS**, filed on March 24, 2015, by counsel for the appellants.

Last fall this court issued an order leaving in place the district court's injunction against application of 2011 Wis. Act 23 until the Supreme Court had acted on a petition for a writ of certiorari. Our order provided that, if the Supreme Court denied the petition, the stay would expire automatically (for our opinion on the merits had reversed the injunction). On March 23, 2015, the Supreme Court denied the petition, so the stay has expired and the injunction is no longer in effect.

Plaintiffs have filed an application for a new stay, which would reinstate the now-reversed injunction, contending that it is too late to require photo ID (as the 2011 Act contemplates) for elections scheduled for April 7, 2015. We called for a response, and defendants represent that they agree with that position and will not apply the 2011 Act to the impending election.

There is accordingly no controversy requiring judicial resolution, and the application for a renewed stay is **DENIED** as moot.

form name: **c7_Order_3J**(form ID: **177**)