UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RUTHELLE FRANK, *et al.*,

    Plaintiffs,

v.                              Case No. 11-CV-1128

SCOTT WALKER, *et al.*,

    Defendants.

LEAGUE OF UNITED LATIN AMERICAN
CITIZENS OF WISCONSIN, *et al.*,

    Plaintiffs,

v.                              Case No. 12-CV-185

JUDGE DAVID G. DEININGER, *et al.*,

    Defendants.

**ORDER ENTERED PURSUANT TO JOINT MOTION**

Upon consideration of the parties' Joint Motion for Entry of an Order Holding in Abeyance Proceedings Regarding Attorneys' Fees and Costs and the Parties' Stipulation; and

It appearing to the Court that the interests of justice, as well as the interests of judicial economy, will be served by holding all fee and cost issues in abeyance until after any appeal by the *Frank* Plaintiffs to the United States Court of Appeals for the Seventh Circuit is decided;

It is therefore, pursuant to Fed. R. Civ. P. 54(d) and Local Rule 54(a), hereby

ORDERED, that the motion is granted, and all issues relating to an award of attorneys' fees and costs shall be held in abeyance until any such appeal is decided. Motions for fees and

costs and bills of costs shall be filed within 30 days after the time to appeal has passed or after the United States Court of Appeals for the Seventh Circuit has decided any appeal by the *Frank* Plaintiffs.

Dated: November 13, 2015

                                                    s/ Lynn Adelman
                                          _____
                                          Honorable Lynn Adelman
                                          United States District Judge