IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

_____

LEAGUE OF UNITED LATIN
AMERICAN CITIZENS (LULAC)
OF WISCONSIN, et al.,

      Plaintiffs,

  v.                                         Case No. 12-CV-0185

DAVID G. DEININGER, et al.,

      Defendants.

_____

**NOTICE OF WITHDRAWAL**
_____

      Please take notice that the undersigned withdrew from Arnold & Porter LLP effective May 22, 2015 in order to join the Madison, Wisconsin office of Perkins Coie LLP, and has not served as counsel for Plaintiffs in the above-captioned matter since that time. The undersigned hereby gives notice and confirmation of his withdrawal as counsel for Plaintiffs effective May 22, 2015. The undersigned respectfully asks the Court to remove him from further notifications.

      Dated this 21st day of January, 2016.

                                                              s/Charles G. Curtis, Jr.

                                                              CHARLES G. CURTIS, JR.
                                                              State Bar # 1013075

Perkins Coie LLP
One East Main Street, Suite 201
Madison, WI 53703
(608) 663-7460
(608) 663-7499 (fax)
*ccurtis@perkinscoie.com*